```
                                            FILED
                                      U.S. DISTRICT COURT
                                      DISTRICT OF COLORADO
```

IN THE UNITED STATES DISTRICT COURT 2017 AUG 30 PM 12:45
FOR THE DISTRICT OF COLORADO

JEFFREY P. COLWELL
                                              CLERK

Civil Action No.

(To be supplied by the court)         BY_____DEP. CLK

Plaintiff, Laportia Oakley,

v.

Defendant. Santander Consumer USA

---

## TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff Laportia Oakley is a citizen of Colorado who presently resides at the following address:
   447 S Memphis Way #9 Aurora, CO 80017

2. Defendant Santander Consumer USA lives at or is located at the following address:
   12300 E. Arapahoe rd Aurora, CO 80012

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
   Santander Consumer USA

(Rev. 07/06)

6. Jurisdiction also is asserted pursuant to the following statutory authority:

_____

## ADMINISTRATIVE PROCEDURES

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on June 2017 (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on July 2017 (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    X Race      ___ Color           ___ Religion

    ___ Sex     ___ National Origin

    X Other (please specify) Harassment

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ___ Failure to hire

    ___ Failure to promote

    X Demotion/discharge from employment

    X Other (please specify) harassment

# FIRST CLAIM FOR RELIEF
# AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

Compensation

Date: 8/30/17

_Leandra Oakley_
(Plaintiff's Original Signature)

497 S. Memphis Way #9
(Street Address)

Aurora, CO 80017
(City, State, ZIP)

720-345-1607
(Telephone Number)

(Rev. 07/06) 6

At that point I called ethics and explained the situation. Maybe a week later that I recieved an email from HR stating the issue had been addressed. I responded asking how when I still had yet to speak with them. HR responded that it was considered. I felt uncomfortable in the workplace which I addressed to them multiple times so I called EOCC at that point.

At the end of may HR called me in the office for the first time about it. I explained my story. 2 buisness days later they suspended me stating I told someone about the investigation and was terminated the next week. I feel this situation was unfair to me. I tried to do the right thing and was retaliated against.

I do not want my job back and do not want to work at a company that treats me and others unfairly. I do want compensation for the events that occured.

Lapartia Oakley

I was hired at Santander Consumer USA on May 11, 2015 and around November or December 2015 I had an incident with Cindy Beckwith for the first time. I went to the site director who was Mark Nerios, nothing was done but I was due to move departments so I wasn't concerned with having more issues. The year of 2016 I had multiple issues with Cindy Beckwith (AVP) in which I brought to Human Resources multiple times which they should have on record. I feel as though they never looked closely into those issues which lead to the incident at hand.

On or about April 2017 Cindy had a meeting with myself and select employees on my team that morning. Cindy got upset because I was not looking directly at her while she was speaking and told me "you need to look at me when I'm talking." I proceeded to tell her that I was able to hear without looking. She got upset walked over to me and grabbed me on

the top of my shoulder and told me to come closer to the team. I became upset and paced in a circle. About 30 minutes after that she sent me an email telling me to come to her office. I waited about 1 hour or longer because of previous conversations I knew it would be upsetting same. When I did go to her office. She proceeded to ask me if I was doing okay because she knew my daughter birthday was coming up whom had passed 2 years ago then told me how disrespectful I was and then asked if I needed ~~counseling~~ canceling. I immediately broke down in tears and left the office. I felt disrespected and thought her question was ~~so~~ unprofessional. She also put this in my EIC which later disappeared.

The following weeks I sent HR an email stating the incident and that I wanted to file a formal Harrassment complaint. Sometime went by and nothing was done and HR never even pulled me aside to ask about what happened. ~~Harrassment complaint~~